■ In the Matter of DAVID MUDD et al., Appellants, v STATE OF NEW YORK, Respondent. [679 NYS2d 844] —In a proceeding pursuant to Court of Claims Act § 10 (6), the claimants appeal from an order of the Court of Claims (McNamara, J.), dated June 30, 1997, which denied their application for leave to file a late claim.

Ordered that the order is affirmed, with costs.

The Court of Claims denied the appellants' application to file a late claim seeking to recover damages, *inter alia*, for malicious prosecution (*see,* Court of Claims Act § 10). Because the appellants, among other things, failed to proffer an adequate excuse for their delay or demonstrate that their proposed claims had merit, (*see, Nardelli v Stamberg,* 44 NY2d 500; *McGuire v Epstein,* 167 AD2d 453; *Molinoff v Sassower,* 99 AD2d 528; *Pagliarulo v Pagliarulo,* 30 AD2d 840), the Court of Claims properly exercised its discretion in denying their application (*see,* Court of Claims Act § 10 [6]; *Matter of E. K. v State of New York,* 235 AD2d 540). Mangano, P. J., Rosenblatt, Ritter and Altman, JJ., concur.